DIANA A. JACKSON, Individually and as Administratrix of the Estate of HENRY H. JACKSON, Deceased, et al., Respondents, v. STEPHEN H. JACKSON, Individually, and as Surviving Partner in the Partnership of PETER A. H. JACKSON'S SONS, and as Executor of ADRIAN H. JACKSON, Deceased, Appellant; ABIGAIL H. LOUDERBACK et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY ERIKSSON, Appellant, v. REFINERS EXPORT COMPANY, INC., Respondent. (Action No. 2.) No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer, and Dore, JJ.; Dore, J., dissents and votes to reverse and deny motion to vacate. [See *ante,* p 310.]

THE PEOPLE OF THE STATE OF NEW YORK EX REL. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., and Cohn, J., dissent and vote to affirm. Settle order on notice.

## (December 23, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KARGER and HERBERT GADE, Appellants, Impleaded with Others.— No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.